IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| | ) | NO. 1:07-cr-00003-1 |
| STEVEN DEWAYNE JOHNSON | ) | Chief Judge Haynes |
| Defendant. | ) | |

## ORDER

For the reasons stated on the record in open court, the Court hereby Orders that the Revocation Hearing in this matter be continued until Friday, September 27, 2013 at 2:30 PM.

It is so **ORDERED**.

ENTERED this the 27th day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court