IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 1:07-00003 |
| v. | ) | WILLIAM J. HAYNES, JR. |
| | ) | Chief Judge, U.S. District Court |
| STEVEN DEWAYNE JOHNSON | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

*[Handwritten annotations: Denied. This motion no granted ... 9-27-13]*

COMES now **Steven Dewayne Johnson**, through counsel, Isaiah S. Gant, Assistant Federal Public Defender, and moves this Honorable Court to enter an order continuing the revocation hearing in this matter currently scheduled for September 27, 2013, to a day the following week or a time that is convenient with the Court's calendar. In support of the foregoing motion, it is respectfully represented to this Honorable Court the following;

1. Counsel for Mr. Johnson is scheduled to participate in the Tennessee Commission on Continuing Legal Education and Specialization's 2013 Speakers Training Program. This program is held only once during the year.

2. The program is a two and one half day program beginning Thursday, September 26, 2013, and ending Saturday afternoon, September 28, 2013.

3. Participants are to arrive on Wednesday evening at Montgomery Bell State Park for registration.

4. Mr. Johnson's revocation hearing is presently set for September 27, 2013, which would be the second day of the training program.