UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 1:07-00003 |
| | ) | CHIEF JUDGE HAYNES |
| STEVEN DEWAYNE JOHNSON | ) | |

### ORDER RESETTING REVOCATION HEARING

The parties having appeared before the Court on November 18, 2013, on a hearing to determine whether the defendant's supervised release should be revoked, and having requested to reset the hearing to a later date to monitor the defendant's progress, the Court hereby GRANTS the request and, by agreement of the parties, as further evidenced by the signatures below, ORDERS that the revocation hearing in this matter be reset to ~~Monday~~ Tuesday, February ~~17~~ 18, 2014, at ~~3:00 p.m.~~ 4:00 pm.

Entered this 26th day of November, 2013.

WILLIAM J. HAYNES, JR.
CHIEF U.S. DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

s/ Philip H. Wehby
_____
PHILIP H. WEHBY
Assistant United States Attorney

s/ Isaiah S. Gant
_____
ISAIAH S. GANT
Attorney for the Defendant